# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2372 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 55 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 67145 |
| | : | |
| RUFUS SETH WILLIAMS, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 19th day of October, 2017 upon consideration of the Verified Statement of Resignation, Rufus Seth Williams is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, retroactive to April 13, 2017. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board, pursuant to Pa.R.D.E. 208(g).